78 A.3d 604

Charles J. MCCOLLUM, Petitioner

v.

Robert A. LEVINE, DDS & Pennsylvania Center for Dental Implants & Periodontics, P.C., Respondent.

No. 107 EM 2013.

Supreme Court of Pennsylvania.

Sept. 6, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of September, 2013, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**